UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GORDON BULLOCK, | ) | NO. CV 15-2070-PA(AS) |
| Plaintiff, | ) ) | **ORDER ACCEPTING FINDINGS,** |
| v. | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| S. JOHNSON, T. BREKKE, | ) ) | **OF UNITED STATES MAGISTRATE** |
| Defendants. | ) ) | **JUDGE** |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court finds that Defendant Johnson's Objections to the Report and Recommendation are without merit and do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Defendant Johnson's motion to dismiss the Plaintiff's Eighth Amendment claim against Defendant Johnson is DISMISSED WITH PREJUDICE. Defendant Johnson's motion to dismiss Plaintiff's First Amendment retaliation claim is DENIED. Defendant Johnson is ordered to file an Answer with respect to this claim no later than thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

DATED: March 25, 2017.

---
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE